EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte: Aprobación de Cambio de Estatus Inactivo de marzo de 2026 | 2026 TSPR 43 218 DPR ___ |
|---|---|

Número del Caso:  EM-2026-0005

Fecha:  23 de abril de 2026

Materia: Aprobación de Cambio de Estatus Inactivo de marzo de 2026.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de marzo de 2026         EM-2026-0005


RESOLUCIÓN

En San Juan, Puerto Rico, a 23 de abril de 2026.

Durante el periodo de marzo de 2026, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Luis A. Toro Goyco | 2,950 |
| Rafael Ortiz Carrión | 4,594 |
| Juan A. Ramos Díaz | 4,615 |
| Evaristo M. Orengo Santiago | 4,993 |
| Kalil Baco Viera | 5,986 |
| Luis A. Torres Iturrino | 8,443 |
| Sarah Vincenty Azizi | 8,888 |
| Fleming Castillo Alfaro | 9,067 |
| Yasmín Chaves Dávila | 9,707 |
| Daniel Nazario Negrón | 10,513 |
| Antonio José Báez Hernández | 15,482 |
| Diego Torres Delgado | 15,899 |

Sergio Méndez Sánchez                    20,858

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo